JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>   v.<br><br>GEORGE WILLIAMS,<br><br>Defendant/Petitioner | Case No. EDCV 10-1714-VAP<br>             EDCR 03-0084-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant's motion is DENIED and this action is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 19, 2011      _____
                               VIRGINIA A. PHILLIPS
                               United States District Judge